No. 93–8251.  BENSON v. STEPANIK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL.  C. A. 3d Cir. Certiorari denied.

No. 93–8256.  THORNTON v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 93–8257.  ALLEN v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 93–8258.  CROSKEY v. UNITED STATES.  C. A. Fed. Cir. Certiorari denied.

No. 93–8259.  CROCKETT v. OREGON.  Ct. App. Ore.  Certiorari denied.

No. 93–8260.  ALLEN v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 93–8267.  DAVIS v. OHIO.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 93–8268.  YEAMONS v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 93–8275.  ZOTOS v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 93–8281.  WORMUTH v. CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 93–8316.  PETERSON v. SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 93–8323.  LOMAX v. STEPANIK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL.  C. A. 3d Cir. Certiorari denied.

No. 93–8331.  CONSIGLIO v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 93–8333.  COCHRAN v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.